1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CECIL JEROME HATCHETT,                        No.  2:15-cv-1229 CKD P

12                    Petitioner,

13         v.                                        ORDER

14   GONZALEZ,

15                    Respondent.

16

17         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  Petitioner is presently incarcerated in Los Angeles County

19   which lies within the jurisdiction of the United States District Court for the Central District of

20   California.  He is serving a sentence for a conviction rendered by the Monterey County Superior

21   Court which lies within the jurisdiction of the United States District Court for the Northern

22   District of California.

23         While both the United States District Court in the district where petitioner was convicted

24   and where the petitioner is incarcerated have jurisdiction over a § 2254 petition, see Braden v.

25   30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary

26   for the resolution of petitioner's application are more readily available in the district of

27   conviction.  Id. at 499 n.15; 28 U.S.C. § 2241(d).

28   /////

                                                     1

1   Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is

2   transferred to the United States District Court for the Northern District of California.  Id. at 499

3   n.15; 28 U.S.C. § 2241(d).

4   Dated:  June 12, 2015

5   _____

6   CAROLYN K. DELANEY
    UNITED STATES MAGISTRATE JUDGE

7

8

9   1
    hatc1229.108a

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28